IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROSA DURAN, | § § § | |
| *Plaintiff,* | § § § | SA-23-CV-01039-ESC |
| vs. | § § § | |
| COMMISSIONER OF SOCIAL SECURITY, | § § § § | |
| *Defendant.* | § § | |

**ORDER**

Before the Court in the above-styled and numbered cause of action is Defendant's Unopposed Motion to Reverse with Remand and Enter Judgment [#14]. By his motion, the Commissioner of Social Security asks the Court to remand this case to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). The motion indicates that Plaintiff consents to remand. The Court will therefore grant the motion.

**IT IS HEREBY ORDERED** that Defendant's Unopposed Motion to Reverse with Remand and Enter Judgment [#14] is **GRANTED**. The Court will enter a separate final judgment remanding this case for further administrative proceedings.

SIGNED this 30th day of April, 2024.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE