IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROSA DURAN, | § § § | |
| *Plaintiff,* | § § | SA-23-CV-01039-ESC |
| vs. | § § § | |
| COMMISSIONER OF SOCIAL SECURITY, | § § § § | |
| *Defendant.* | § § | |

## **FINAL JUDGMENT**

On this day, the Court granted Defendant's unopposed motion to revers and remand this case for further administrative proceedings.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this case be **REVERSED and REMANDED** for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge will further develop the record and further evaluate the nature, severity, and limiting effects of the claimant's mental impairments during the relevant period; re-evaluate the medical source opinions and prior administrative medical findings of record in accordance with 20 C.F.R. § 404.1520c; reconsider the residual functional capacity; obtain supplemental vocational expert evidence to evaluate whether the claimant is capable of performing past relevant work and/or other work in the national economy that is compatible with the claimant's residual functional capacity; take any further action needed to complete the administrative record; and issue a new decision.

**IT IS SO ORDERED.**

SIGNED this 30th day of April, 2024.

                                                            _____
                                                            ELIZABETH S. ("BETSY") CHESTNEY
                                                            UNITED STATES MAGISTRATE JUDGE